UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JANE DOE,

    Plaintiff,

v.

ABDELKADER AMAL, HNIA AMAL,
LAMA PROPERTY MAINTENANCE, LLC,

    Defendants.

Case No. 1:12-cv-1359

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO COMMENCE AN ACTION AND PROCEED UNDER A PSEUDONYM

Before the Court is Plaintiff's Ex Parte Motion to Commence an Action and Proceed Under a Pseudonym.

The Court finds that an Order permitting Plaintiff to commence an action and proceed under a pseudonym would benefit the Plaintiff by preserving her privacy interests and enabling the Plaintiff to guard against the risk of potential physical and emotional harm. Disclosure of Plaintiff's name would not enhance the public's understanding of this event, and the public has never before had access to this information.

As a result, the interest in non-disclosure of Plaintiff's name to protect Ms. Doe outweighs the public's right of access to her actual name.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Commence an Action and Proceed Under a Pseudonym is hereby GRANTED.

2. Plaintiff shall file all court papers under the pseudonym "Jane Doe" and be permitted to redact court papers to conceal her name and any other identifying information.

3. Defendants shall refer to Plaintiff as Jane Doe in all of their court papers and redact court papers to conceal her name and any other identifying information.

4. The parties, their counsel, and any expert witnesses who may be consulted or designated by the parties are to maintain the confidentiality of Plaintiff Jane Doe's identity and shall not disclose Plaintiff's identity to non-parties. If disclosure of Plaintiff's identity is necessary to conduct discovery of non-party witnesses, the parties shall require such witnesses to sign confidentiality agreements.

It is so ordered this 29 day of November, 2012.

/s/

Anthony J. Trenga
United States District Judge
United States District Judge