UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AUG 26 2013

JANE DOE,

    Plaintiff,

v.

    Case No.: 1:12 CV 1359

ABDELKADER AMAL et al.,

    Defendant.

## STIPULATION OF DISMISSAL

All matters in controversy in this action having been resolved, it is stipulated by and between plaintiff Jane Doe and defendants Abdelkader Amal, Hnia Amal, and Lama Property Maintenance LLC, through their undersigned counsel of record, that this action be, and the same hereby is, dismissed *with prejudice* as to plaintiff and defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties will bear their respective costs.

Executed on August 14, 2013, by

_____
Joshua S. Devore (VSB #45312)
Agnieszka M. Fryszman
Thomas N. Saunders
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
afryszman@cohenmilstein.com
tsaunders@cohenmilstein.com

*Counsel for Plaintiff*

Executed on August 14, 2013, by

_____
Warner F. Young, III, Esq. (VSB#24259)
wyoung@abhylaw.com
Matthew C. Indrisano, Esq. (VSB# 66617)
mindrisano@abhylaw.com
ALLRED, BACON, HALFHILL
 & YOUNG, PC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
(703) 352 1300
(703) 352 1301 (Fax)

So ordered
8/26/13
_____
Anthony J. Trenga
United States District Judge

# CERTIFICATE OF SERVICE

I, Joshua S. Devore, do hereby certify that on this 20th day of August, 2013, I caused a copy of the foregoing Stipulation of Dismissal to be served by electronic mail upon the following for the Defendants:

James Thomas Zelloe
Stahl Forest & Zelloe PC
11350 Random Hills Rd
Suite 700
Fairfax, VA 22030
(703) 691-4940
Email: j.zelloe@stahlzelloe.com

Warner Franklin Young, III
Allred Bacon Halfhill & Young PC
11350 Random Hills Rd
Suite 700
Fairfax, VA 22030
(703) 352-1300
Email: wyoung@abhylaw.com

Matthew Carmen Indrisano
Allred Bacon Halfhill & Young PC
11350 Random Hills Rd
Suite 700
Fairfax, VA 22030
703-352-1300
Fax: 703-352-1301
Email: mindrisano@abhylaw.com

/s/Joshua S. Devore
Joshua S. Devore
Agnieszka M. Fryszman
Thomas N. Saunders
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
AFryszman@cohenmilstein.com
TSaunders@cohenmilstein.com

*Counsel for Jane Doe*